## PACA TRUST CHART

Claimant: VLM Food Trading International, Inc.    Debtor: Illinois Trading Co., The Obee Family Partnership and Lawrence N. Oberman (individually)
Date: 10/22/12    Terms: Net 10 + 1.5% per mo. interest + atty fees

| INVOICE NUMBER | DATE OF TRANS. | PAYMENT DUE | NOTICE DATE | ELAPSED DAY | INVOICE AMOUNT | CREDITS ALLOWED | BALANCE DUE | ACCRUED INTEREST* | INVOICE TOTAL | TRUST AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5532-2 | 06/09/12 | 06/19/12 | 06/09/12 | 126 | $ 20,056.60 | $ - | $ 20,056.60 | $ 1,230.74 | $ 21,287.34 | $ 21,287.34 |
| 5315-1 | 06/09/12 | 06/19/12 | 06/09/12 | 126 | $ 22,755.60 | $ - | $ 22,755.60 | $ 1,396.36 | $ 24,151.96 | $ 24,151.96 |
| 5316-1 | 07/08/12 | 07/18/12 | 07/08/12 | 97 | $ 22,755.60 | $ - | $ 22,755.60 | $ 1,039.44 | $ 23,795.04 | $ 23,795.04 |
| 5333-1 | 07/08/12 | 07/18/12 | 07/08/12 | 97 | $ 19,504.80 | $ - | $ 19,504.80 | $ 890.95 | $ 20,395.75 | $ 20,395.75 |
| 5334-1 | 07/08/12 | 07/18/12 | 07/08/12 | 97 | $ 19,504.80 | $ - | $ 19,504.80 | $ 890.95 | $ 20,395.75 | $ 20,395.75 |
| 5335-1 | 07/08/12 | 07/18/12 | 07/08/12 | 97 | $ 19,504.80 | $ - | $ 19,504.80 | $ 890.95 | $ 20,395.75 | $ 20,395.75 |
| 5261-12 | 07/31/12 | 08/10/12 | 07/31/12 | 74 | $ 21,432.60 | $ - | $ 21,432.60 | $ 647.80 | $ 22,080.40 | $ 22,080.40 |
| 5587-2 | 09/14/12 | 09/24/12 | 09/14/12 | 29 | $ 19,731.60 | $ - | $ 19,731.60 | $ - | $ 19,731.60 | $ 19,731.60 |
| 5653-2 | 09/24/12 | 10/04/12 | 09/24/12 | 19 | $ 19,731.60 | $ - | $ 19,731.60 | $ - | $ 19,731.60 | $ 19,731.60 |
| Collection Costs** | | | | | | | | | | $ 9,750.00 |
| TOTALS | | | | | $ 184,978.00 | $ - | $ 184,978.00 | $ 6,987.19 | $ 191,965.19 | $ 201,715.19 |

\* Interest calculated through date of chart
\*\* Collection Costs actual through date of chart



Commerce Alimentaire International inc
Foods Inc

| | | Page: | 1 |
|---|---|---|---|
| **Invoice** | 5532 - 2 | | |
| | 06/09/2012 | | |

Customer: CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

| Order #: | 50074 |
|---|---|
| Due Date: | 06/10/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3021 |

Terms: NET 30 DAYS

| Conditions: | EX DOCK | | |
|---|---|---|---|
| Vessel Name: | APL MELBOURNE | | |
| Container Number: | APRU5096043 | | |
| ETS: | 16/08/2012 | ETA: | 01/09/2012 |
| Port of Loading | ROTTERDAM | Destination: | MIAMI |
| Place of Delivery: | EX DOCK MIAMI | | |
| Delivery Date: | 06/09/2012 | | |

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 20,575.16 | Kgs | Shoestring French Fries | 0.43500 USD/Lbs | 19,731.60 USD |
| 45,360 | Lbs | | | |
| 20.57516 | MT | | | |
| 1260 | Ctns | | | |

IQF FOODSERVICE 7X7MM SHOESTRING FRENCH FRIES,
PRODUCT PACKED 6 X 6LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.

The Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

| 1 | Kgs | Fruits & Vegetables Inland | 325.00000 USD/Kgs | 325.00 USD |
|---|---|---|---|---|
| 2.2 | Lbs | | | |
| 0.001 | MT | | | |
| | Ctns | | | |

Continued on next page

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

# Invoice

| | |
|---|---|
| Invoice | 5532 - 2 |
| | 06/09/2012 |
| Order #: | 50074 |
| Due Date: | 06/10/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3021 |

**Customer:** CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

**Terms:** NET 30 DAYS

| | |
|---|---|
| Conditions: | EX DOCK |
| Vessel Name: | APL MELBOURNE |
| Container Number: | APRU5096043 |
| ETS: | 16/08/2012 |
| Port of Loading: | ROTTERDAM |
| Place of Delivery: | EX DOCK MIAMI |
| Delivery Date: | 06/09/2012 |
| ETA: | 01/09/2012 |
| Destination: | MIAMI |

| Quantity | Description | Price | Total |
|---|---|---|---|
| | Demurrage | | |

| | |
|---|---|
| Total Invoice Amount: | 20,056.60 USD |
| Down Payment Amount: | |
| Balance Due: | 20,056.60 USD |

Signature

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

# vlm

Commerce Alimentaire International etc.
Foods Inc.

Page: 1

## Invoice  5315 - 1

07/08/2012

| Customer: | CILLI001 |
|---|---|

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

| Order #: | 50136 |
|---|---|
| Due Date: | 06/09/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3170 |

Terms: NET 30 DAYS

| Conditions: | EX DOCK |
|---|---|

| Vessel Name: | APL SHANGHAI | | |
|---|---|---|---|
| Container Number: | APRU5800759 | | |
| ETS: | 19/07/2012 | ETA: | 03/08/2012 |
| Port of Loading | ROTTERDAM | Destination: | MIAMI |
| Place of Delivery: | MIAMI | | |
| Delivery Date: | 07/08/2012 | | |

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 24,004.35 | Kgs | Straight Cut French Fries | 0.43000 USD/Lbs | 22,755.60 USD |
| 52,920 | Lbs | | | |
| 24.00435 | MT | | | |
| 1764 | Ctns | | | |

IQF FOODSERVICE 11MM STRAIGHT CUT FRENCH FRIES,
PRODUCT PACKED 6 X 5LB. CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.
The Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

_____
Signature

| Total Invoice Amount: | 22,755.60 USD |
|---|---|
| Down Payment Amount: | |
| Balance Due: | 22,755.60 USD |

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100  F: (514) 426-5977  E: info@vlmtrading.com
www.vlmfoods.com


Commerce Alimentaire International inc.
Foods inc.

| | Page: 1 |
|---|---|
| **Invoice** | 5316 - 1 |
| | 07/08/2012 |

**Customer:** CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

| Order #: | 50137 |
|---|---|
| Due Date: | 06/09/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3171 |

**Terms:** NET 30 DAYS

**Conditions:** EX DOCK

**Vessel Name:** APL SHANGHAI
**Container Number:** APRU5770361
**ETS:** 19/07/2012
**Port of Loading:** ROTTERDAM
**Place of Delivery:** MIAMI
**Delivery Date:** 07/08/2012

**ETA:** 03/08/2012
**Destination:** MIAMI

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 24,004.35 | Kgs | Straight Cut French Fries | 0.43000 USD/Lbs | 22,755.60 USD |
| 52,920 | Lbs | | | |
| 24.00435 | MT | | | |
| 1764 | Ctns | | | |

IQF FOODSERVICE 11MM STRAIGHT CUT FRENCH FRIES,
PRODUCT PACKED 6 X 5LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this Invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.
The Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

_____
Signature

| Total Invoice Amount: | 22,755.60 USD |
|---|---|
| Down Payment Amount: | |
| Balance Due: | 22,755.60 USD |

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

# vlm
Commerce Alimentaire International inc.
Foods Inc.

Page: 1

| Invoice | 5333 - 1 |
|---|---|
| | 07/08/2012 |

**Customer:** CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

| Order #: | 50133 |
|---|---|
| Due Date: | 06/09/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3167 |

**Terms:** NET 30 DAYS

**Conditions:** EX DOCK

| | | | |
|---|---|---|---|
| Vessel Name: | SL RACER | | |
| Container Number: | APRU5826481 | | |
| ETS: | 17/07/2012 | ETA: | 05/08/2012 |
| Port of Loading | ROTTERDAM | Destination: | HOUSTON |
| Place of Delivery: | HOUSTON | | |
| Delivery Date: | 07/08/2012 | | |

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 20,575.16 | Kgs | Straight Cut French Fries | 0.43000 USD/Lbs | 19,504.80 USD |
| 45,360 | Lbs | | | |
| 20.57516 | MT | | | |
| 1512 | Ctns | | | |

IQF FOODSERVICE 11MM STRAIGHT CUT FRENCH FRIES,
PRODUCT PACKED 6 X 5LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.The
Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

_C. Lee_
Signature

| Total Invoice Amount: | 19,504.80 USD |
|---|---|
| Down Payment Amount: | |
| Balance Due: | 19,504.80 USD |

3535 St-Charles Blvd. Suite 405. Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

# vlm
Commerce Alimentaire International Inc
Foods Inc

Page: 1

**Invoice** | 5334 - 1
07/08/2012

Customer: CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

| | |
|---|---|
| Order #: | 50134 |
| Due Date: | 06/09/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3168 |

Terms: NET 30 DAYS

| | |
|---|---|
| Conditions: | EX DOCK |
| Vessel Name: | SL RACER |
| Container Number: | APRU5738159 |
| ETS: | 17/07/2012 |
| Port of Loading | ROTTERDAM |
| Place of Delivery: | HOUSTON |
| Delivery Date: | 07/08/2012 |

ETA: 05/08/2012
Destination: HOUSTON

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 20,575.16 | Kgs | Straight Cut French Fries | 0.43000 USD/Lbs | 19,504.80 USD |
| 45,360 | Lbs | | | |
| 20.57516 | MT | | | |
| 1512 | Ctns | | | |

IQF FOODSERVICE 11MM STRAIGHT CUT FRENCH FRIES,
PRODUCT PACKED 6 X 5LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT
The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.
The Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

_____
Signature

| | |
|---|---|
| Total Invoice Amount: | 19,504.80 USD |
| Down Payment Amount: | |
| Balance Due: | 19,504.80 USD |

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

**vlm** Commerce Alimentaire International inc.
Fresh inc.

Page: 1

**Invoice**  5335 - 1
07/08/2012

Customer: CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

| | |
|---|---|
| Order #: | 50135 |
| Due Date: | 06/09/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3169 |

Terms: NET 30 DAYS

Conditions: EX DOCK

Vessel Name: SL RACER
Container Number: APRU5092984
ETS: 17/07/2012
Port of Loading: ROTTERDAM
Place of Delivery: HOUSTON
Delivery Date: 07/08/2012

ETA: 05/08/2012
Destination: HOUSTON

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 20,575.16 | Kgs | Straight Cut French Fries | 0.43000 USD/Lbs | 19,504.80 USD |
| 45,360 | Lbs | | | |
| 20.57516 | MT | | | |
| 1512 | Ctns | | | |

IQF FOODSERVICE 11MM STRAIGHT CUT FRENCH FRIES,
PRODUCT PACKED 6 X 5LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.
The Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

Signature

| | |
|---|---|
| Total Invoice Amount: | 19,504.80 USD |
| Down Payment Amount: | |
| Balance Due: | 19,504.80 USD |

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

# vlm
Commerce Alimentaire International inc
Foods Inc.

| | |
|---|---|
| Page: | 1 |
| **Invoice** | 5261 - 12 |
| | 31/07/2012 |

**Customer:** CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE; STE 620
CHICAGO, IL
USA 60646

| | |
|---|---|
| Order #: | 50131 |
| Due Date: | 30/08/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3077 |

**Terms:** NET 30 DAYS

**Conditions:** EX DOCK

| | | | |
|---|---|---|---|
| Vessel Name: | APL SPINEL | | |
| Container Number: | APRU5090045 | | |
| ETS: | 13/07/2012 | ETA: | 26/07/2012 |
| Port of Loading | ROTTERDAM | Destination: | NORFOLK |
| Place of Delivery: | EX DOCK NORFOLK | | |
| Delivery Date: | 31/07/2012 | | |

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 24,004.35 | Kgs | Straight Cut French Fries | 0.40500 USD/Lbs | 21,432.60 USD |
| 52,920 | Lbs | | | |
| 24.00435 | MT | | | |
| 1470 | Ctns | | | |

IQF FOODSERVICE 11MM STRAIGHT CUT FRENCH FRIES,
PRODUCT PACKED 6 X 6LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees. The
Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

**Signature**

| | |
|---|---|
| **Total Invoice Amount:** | 21,432.60 USD |
| **Down Payment Amount:** | |
| **Balance Due:** | 21,432.60 USD |

3535 St-Charles Blvd. Suite 405. Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

# vlm

Commerce Alimentaire International Inc.

Page: 1

**Invoice** | 5587 - 2
--- | ---
 | 14/09/2012

**Customer:** CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE STE 620
CHICAGO, IL
USA 60646

| | |
|---|---|
| Order #: | 50075 |
| Due Date: | 14/10/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3022 |

**Terms:** NET 30 DAYS

| | |
|---|---|
| Conditions: | EX DOCK |
| Vessel Name: | APL SHANGHAI |
| Container Number: | APRU5095073 |
| ETS: | 23/08/2012 |
| Port of Loading: | ROTTERDAM |
| Place of Delivery: | EX DOCK MIAMI |
| Delivery Date: | 14/09/2012 |
| ETA: | 06/09/2012 |
| Destination: | MIAMI |

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 20,575.16 | Kgs | Shoestring French Fries | 0.43500 USD/Lbs | 19,731.60 USD |
| 45,360 | Lbs | | | |
| 20.57516 | MT | | | |
| 1260 | Ctns | | | |

IQF FOODSERVICE 7X7MM SHOESTRING FRENCH FRIES,
PRODUCT PACKED 6 X 6LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.

The Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

_____
Signature

| | |
|---|---|
| Total Invoice Amount: | 19,731.60 USD |
| Down Payment Amount: | |
| Balance Due: | 19,731.60 USD |

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com

# vlm

Commerce Alimentaire International Inc.
Food, Inc.

Page: 1

| Invoice | 5653 - 2 |
|---|---|
| | 24/09/2012 |

**Customer:** CILLI001

ILLINOIS TRADING CO.
6200 N HIAWATHA AVE; Suite 620
CHICAGO, IL
USA 60646

| Order #: | 50076 |
|---|---|
| Due Date: | 24/10/2012 |
| Terms: | NET 30 DAYS |
| Customer Reference: | 3023 |

**Terms:** NET 30 DAYS

| Conditions: | EX DOCK | | |
|---|---|---|---|
| Vessel Name: | HYUNDAI TIANJIN | | |
| Container Number: | CXRU1003231 | | |
| ETS: | 06/09/2012 | ETA: | 20/09/2012 |
| Port of Loading | ROTTERDAM | Destination: | MIAMI |
| Place of Delivery: | EX DOCK MIAMI | | |
| Delivery Date: | 24/09/2012 | | |

| Quantity | | Description | Price | Total |
|---|---|---|---|---|
| 20,575.16 | Kgs | Shoestring French Fries | 0.43500 USD/Lbs | 19,731.60 USD |
| 45,360 | Lbs | | | |
| 20.57516 | MT | | | |
| 1260 | Ctns | | | |

IQF FOODSERVICE 7X7MM SHOESTRING FRENCH FRIES,
PRODUCT PACKED 6 X 6LB, CLEAR POLY. ALLEN DALE GENERIC
LABEL. PRODUCT OF THE NETHERLANDS.
*PRODUCT AS PER FARM FRITES FOOD SERVICE
SPECIFICATIONS SENT

The perishable agricultural commodities listed on this Invoice are sold
subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c)). The seller of
these commodities retains a trust claim over these commodities, all
inventories
of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full
payment is received.
* Interest shall accrue on any past-due account balance at the rate of
1.5% per month (18% per annum).
* Buyer agrees to pay all costs of collection, including attorney's fees.

The Buyer shall inspect the product within ten ( 10 ) days of the date
of delivery; and within this period must notify the Seller in writing
(by telecopy or e-mail) of any defect of specifications, quality or
quantity of the Product. Failing Buyer's inspection of the Product
and notice to the Seller in writing (by telecopy or e-mail) of any
defect of specifications, quality or quantity of the Product within
ten (10) days of the date of delivery shall then absolve the Seller from
any responsibility thereof.

_____
Signature

| Total Invoice Amount: | 19,731.60 USD |
|---|---|
| Down Payment Amount: | |
| Balance Due: | 19,731.60 USD |

3535 St-Charles Blvd. Suite 405, Kirkland (Quebec) Canada H9H 5B9
T: (514) 426-4100   F: (514) 426-5977   E: info@vlmtrading.com
www.vlmfoods.com