# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VLM FOOD TRADING INTERNATIONAL, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 12-CV-08154 |
| ILLINOIS TRADING CO. et al, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CROSS-APPEAL

      Illinois Trading Company, Obee Family Partnership, and Lawrence Oberman ("Appellee/Cross-Appellant") hereby gives notice, pursuant to FRAP 4(a)(3), FAP 3(a)(1) and 28 U.S.C. §1291, of its appeal to the U.S. Court of Appeals for the Seventh Circuit from the March 5, 2013 Orders (DKT #70 and #71) awarding judgment in favor of VLM Food Trading International, Inc.

Dated: April 15, 2013

                                                                                     Respectfully Submitted,
                                                                                    FOR ILLINOIS TRADING CO.,
                                                                                    OBEE FAMILY PARTNERSHIP, and
                                                                                    LAWRENCE OBERMAN

                                                                                    By:    /s/ George L. Grumley

George L. Grumley
Richard C. Carey
GRUMLEY, KAMIN & ROSIC, LLC
Three First National Plaza
70 W. Madison, Suite 2100
Chicago, IL 60602
312-994-9004 (o) * 312-994-0541 (f)

## CERTIFICATE OF SERVICE

      I, the undersigned attorney, certify that I sent the foregoing Notice of Cross-Appeal to the parties listed below via e-mail through the Court's ECF system and via regular mail, postage pre-paid, on April 15, 2013.

Larry Meurs
MUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109

John S. Delnero
K&L GATES, LLP
70 W. Madison, Suite 3100
Chicago, IL 60602

Michael Keaton
KEATON LAW FIRM, P.C.
707 Lake Cook Road, Suite 903
Deerfield, IL 60015


By:   /s/ George L. Grumley
GRUMLEY, KAMIN & ROSIC, LLC
Three First National Plaza
70 W. Madison, Suite 2100
Chicago, IL 60602
312-994-9004 (o) * 312-994-0541 (f)