# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VLM FOOD TRADINGINTERNATIONAL, INC.<br><br>   Plaintiff,<br> v.<br><br>ILLINOIS TRADING CO., THE OBEE FAMILY PARTNERSHIP, LAWRENCE N. OBERMAN, individually and FJ MANAGEMENT, INC. d/b/a TAB BANK,<br><br>   Defendants. | CIVIL ACTION<br><br>Case No. 12-CV-08154 |

## NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Notice is given that Defendant, Transportation Alliance Bank, Inc. d/b/a TAB Bank ("TAB"), Inc. in the above-entitled case, appeals to the United States Court of Appeals for the Seventh Circuit from the March 5, 2013 Memorandum Opinion and Order [DE 70] and the Judgment in a Civil Case [DE 71].

Respectfully submitted this 15th day of April, 2013.

                MEUERS LAW FIRM, P.L.

                By: s/ Lawrence H. Meuers

| | |
|---|---|
| John S. Delnero<br>Illinois Bar No. 6195914<br>K&L GATES LLP<br>70 W. Madison, Ste 3200<br>Chicago, Illinois 60602<br>Telephone: (312) 807-4331<br>Facsimile: (312) 827-8071<br>john.delnero@klgates.com<br><br>*Counsel for Defendant TAB Bank* | Lawrence H. Meuers<br>*Florida Bar No. 0934879*<br>*Admitted to the Northern District of Illinois*<br>*General Bar – No. 0934879*<br>5395 Park Central Court<br>Naples, Florida 34109-5932<br>Telephone: (239) 513-9191<br>Facsimile: (239) 513-9677<br>lmeuers@meuerslawfirm.com<br><br>*Counsel for Defendant TAB Bank* |

## CERTIFICATE OF SERVICE

      I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Michael J. Keaton, Esq. | George L. Grumley, Esq. |
| keaton@pacatrust.com | george.grumley@grumleyrosic.com |
| Kevin P. Kelley, Esq. | Richard C. Carey, Esq. |
| Kelley@pacatrust.com | richard.carey@grumleyrosic.com |
| Keaton & Associates, P.C. | Grumley, Kamin & Rosi, LLC |
| 1278 West Northwest Highway | 70 W. Madison |
| Suite 903 | Suite 2100 |
| Palentine, IL 60067 | Chicago, IL 60602 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Illinois Trading Company, Lawrence N. Oberman, and The Obee Family Partnership* |

                                                s/Lawrence H. Meuers
                                                Lawrence H. Meuers