**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
Phone: (630) 221-9007
Fax: (630) 818-2806
Email: office@ProcessServer.pro
www.ProcessServer.pro

# INVOICE

**Bill To:**
Kevin P. Kelley, Esq.
Keaton Law Firm. P.C.*^
707 Lake Cook Rd., Ste 300
Deerfield, IL 60015
(847) 934-6500
(847) 934-6508 Fax

**DATE:** 10/17/2012

**INVOICE #:** 60069

**TOTAL DUE:** $181.50

---

Case #: 1:12-cv-08154
Plaintiff: VLM FOOD TRADING INTERNATIONAL, INC.
Defendant: ILLINOIS TRADING CO., ET AL.

Date Received: 10/12/2012
Client Reference#:
Serve To: ILLINOIS TRADING CO.

Date Completed: 10/16/2012

| Job#  | Job Description     | QTY | Price   | Total   |
|-------|---------------------|-----|---------|---------|
| 86883 | Printing fee        | 80  | $0.10   | $8.00   |
| 86883 | Process Service Fee | 1   | $62.50  | $62.50  |

Case #: 1:12-cv-08154
Plaintiff: VLM FOOD TRADING INTERNATIONAL, INC.
Defendant: ILLINOIS TRADING CO., ET AL.

Date Received: 10/12/2012
Client Reference#:
Serve To: THE OBEE FAMILY PARTNERSHIP

Date Completed: 10/16/2012

| Job#  | Job Description | QTY | Price  | Total  |
|-------|-----------------|-----|--------|--------|
| 86884 | Printing fee    | 80  | $0.10  | $8.00  |

Case #: 1:12-cv-08154
Plaintiff: VLM FOOD TRADING INTERNATIONAL, INC.
Defendant: ILLINOIS TRADING CO., ET AL.

Date Received: 10/12/2012
Client Reference#:
Serve To: LAWRENCE N. OBERMAN

Date Completed: 10/12/2012

| Job#  | Job Description         | QTY | Price   | Total   |
|-------|-------------------------|-----|---------|---------|
| 86885 | Printing fee            | 80  | $0.10   | $8.00   |
| 86885 | Rush process service fee| 1   | $95.00  | $95.00  |

**Amount Due: $181.50**

TERMS: PAYMENT DUE UPON RECEIPT
FEIN: 36-4438788

Check status of your papers, view service attempts, outstanding invoices, signed/notarized affidavits online at www.ProcessServiceStatus.com. Call or email us for your login information.

NOTE: If your prepayment check has not been received before this invoice has been generated, your account will be credited once received.

## Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
Phone: (630) 221-9007
Fax: (630) 818-2806
Email: office@ProcessServer.pro
www.ProcessServer.pro

# INVOICE

**BILL TO:**
Kevin P. Kelley, Esq.
Keaton Law Firm. P.C.*^
707 Lake Cook Rd., Ste 300
Deerfield, IL 60015
(847) 934-6500
(847) 934-6508 Fax

**DATE:** 10/18/2012

**INVOICE #:** 60083

**TOTAL DUE:** $92.50

Case #: 1:12-cv-08154
Plaintiff: VLM FOOD TRADINGINTERNATIONAL, INC.
Defendant: ILLINOIS TRADING CO., ET AL.

Date Received: 10/12/2012
Client Reference#:
Serve To: THE OBEE FAMILY PARTNERSHIP

Date Completed: 10/17/2012

| Job # | Job Description | Qty | Price | Total |
|---|---|---|---|---|
| 86884 | Rush process service fee | 1 | $92.50 | $92.50 |

**Amount Due: $92.50**

TERMS: PAYMENT DUE UPON RECEIPT
FEIN: 36-4438788

Check status of your papers, view service attempts, outstanding invoices, signed/notarized affidavits online at www.ProcessServiceStatus.com. Call or email us for your login information.

NOTE: If your prepayment check has not been received before this invoice has been generated, your account will be credited once received.

**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
Phone: (630) 221-9007
Fax: (630) 818-2806
Email: office@ProcessServer.pro
www.ProcessServer.pro

# INVOICE

| **BILL TO:** | |
|---|---|
| Kevin P. Kelley, Esq.<br>Keaton Law Firm. P.C.*^<br>707 Lake Cook Rd., Ste 300<br>Deerfield, IL 60015<br>(847) 934-6500<br>(847) 934-6508 Fax | **DATE:** 10/24/2012<br>**INVOICE #:** 60283<br>**TOTAL DUE:** $552.50 |

Case #: 1:12-cv-08154
Plaintiff: VLM FOOD TRADING INTERNATIONAL, INC.
Defendant: ILLINOIS TRADING CO., ET AL.

Date Received: 10/23/2012
Client Reference#:
Serve To: ILLINOIS TRADING CO. (surveillance)

Date Completed: 10/24/2012

| Job # | Job Description | Qty | Price | Total |
|---|---|---|---|---|
| 87287 | Surveillance/travel: 4:15 am - 10:45 am ($85/hr - 6.5 hrs) | 1 | $552.50 | $552.50 |

**Amount Due: $552.50**

TERMS: PAYMENT DUE UPON RECEIPT
FEIN: 36-4438788

Check status of your papers, view service attempts, outstanding invoices, signed/notarized affidavits online at www.ProcessServiceStatus.com. Call or email us for your login information.

NOTE: If your prepayment check has not been received before this invoice has been generated, your account will be credited once received.

**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
Phone: (630) 221-9007
Fax: (630) 818-2806
Email: office@ProcessServer.pro
www.ProcessServer.pro

# INVOICE

| BILL TO: | |
|---|---|
| Kevin P. Kelley, Esq.<br>Keaton Law Firm. P.C.*^<br>707 Lake Cook Rd., Ste 300<br>Deerfield, IL 60015<br>(847) 934-6500<br>(847) 934-6508 Fax | **DATE:** 12/3/2012<br>**INVOICE #:** 61145<br>**TOTAL DUE:** $98.60 |

Case #: 12-08154　　　　　Date Received: 11/1/2012　　　Date Completed: 11/6/2012

Plaintiff: VLM FOOD TRADING INTERNATIONAL, INC.　　Client Reference#:

Defendant: ILLINOIS TRADING CO., ET AL.　　Serve To: FJ MANAGEMENT, INC. D/B/A TAB BANK

| Job # | Job Description | Qty | Price | Total |
|---|---|---|---|---|
| 87646 | Printing fee | 24 | $0.15 | $3.60 |
| 87646 | Out of State Process Service fee | 1 | $95.00 | $95.00 |

**Amount Due: $98.60**

TERMS: PAYMENT DUE UPON RECEIPT
FEIN: 36-4438788

Check status of your papers, view service attempts, outstanding invoices, signed/notarized affidavits online at www.ProcessServiceStatus.com. Call or email us for your login information.

NOTE: If your prepayment check has not been received before this invoice has been generated, your account will be credited once received.

**Dropped off:** Dec 28, 2012   **Cust. Ref.:** IL Trading   **Ref.#2:**
**Payor:** Shipper                **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.50% to this shipment.
- Incorrect recipient address.
- Distance Based Pricing, Zone 2
- 1st attempt Dec 31, 2012 at 07:14 AM.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794412534124 | Mike Keaton | Hon. Harry D. Leinenweber, U.S | |
| Service Type | FedEx First Overnight | Keaton Law Firm, P.C. | U. S. District Court, ND Ill | |
| Package Type | FedEx Envelope | 707 LAKE COOK RD | 219 S DEARBORN ST | |
| Zone | 02 | DEERFIELD IL 60015 US | CHICAGO IL 60604 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Jan 02, 2013 09:52 | Transportation Charge | | 44.75 |
| Svc Area | A1 | Fuel Surcharge | | 6.04 |
| Signed by | M.QUINLIVAN | Direct Signature | | 3.50 |
| FedEx Use | 000000000/0000003/_ | **Total Charge** | USD | **$54.29** |



**Dropped off:** Feb 14, 2013   **Cust. Ref.:** IL Trading 10440   **Ref.#2:**
**Payor:** Shipper                  **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 794754922994 | Mike Keaton | Judge Harry D. Leinenweber's C | |
| Service Type | FedEx Priority Overnight | Keaton Law Firm, P.C. | United States Courthouse | |
| Package Type | FedEx Envelope | 707 LAKE COOK RD | 219 South Dearborn Street | |
| Zone | 02 | DEERFIELD IL 60015 US | CHICAGO IL 60604 US | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 19.80 |
| Delivered | Feb 15, 2013 10:04 | Automation Bonus Discount | | -0.99 |
| Svc Area | A1 | Fuel Surcharge | | 1.47 |
| Signed by | W.PARKER | Adult Signature | | 4.50 |
| FedEx Use | 000000000/0000186/_ | Discount | | -4.16 |
| | | **Total Charge** | USD | **$20.62** |

9253151127133320012

55 E. Monroe
Standard Parking
55 E. Monroe
Tel. (312) 986-6821

Entry Time:
    11/27/12 8:26 AM
Exit Time:
    11/27/12 1:33 PM
Duration: 0d. 5h. 7m.
Pay Station: 15
Tran: 9253
Ticket# 95566

Non-resetable tr #:
    0000121525
Regular Rate    $   14.00

## Total:
## $   14.00
Tender:          $    0.00
Visa             $   14.00
Last 4 digits: 9347
Change:          $    0.00

Thank You For Parking
With Us.
Thank You For Parking
    At 55 E Monroe

**Standard Parking**
*Superior People. Superior Performance.*

# RECEIPT FOR
# PAID PARKING

(This is a receipt only, not a bill)

72403 _____ LOCATION

#27.00 _____ AMOUNT

1/15/13 _____ DATE

Terry _____ CASHIER

110/CA-27