**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| VLM FOOD TRADING INTERNATIONAL, INC. ) ) ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) ) | Case No. 12-CV-08154 |
| v. ) ) | |
| ILLINOIS TRADING CO., et al, ) ) | |
| Defendants. ) | |

## Order

    This cause coming to be heard for a decision of the court concerning the allocation of attorney's fees, and the court considering the opinion of the United States 7th Circuit Court of Appeals and the facts in this case, it is hereby ordered that the Clerk of the United States District Court for the Northern District of Illinois shall release the earlier deposited sum in the amount of $94,934.27 to either Illinois Trading Co. or its attorney, George L. Grumley forthwith.

                                                                                         _____

                                                                         Harry D. Leinenweber, Judge
                                                                         United States District Court

Date: June 26, 2014